# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID JOSEPH YAMA,<br><br>　　　　　　Defendant. | CASE NO. **1:21-mj-00074 -SKO**<br><br>**UNDER SEAL**<br><br>ORDER SEALING COMPLAINT |

　　　The United States having applied to this Court for a complaint and arrest warrant in the above-captioned proceedings and having applied for the complaint and warrant to remain under seal in order to prevent the destruction of evidence and flight of the target of the investigation,

　　　IT IS ORDERED that the complaint and arrested warrant filed in the above-entitled matter shall be filed with this Court under seal and not be disclosed pending further order of this court.

Dated: July 21 , 2021

　　　　　　　　　　　　　　　　　　　　　　　　*Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE SHEILA K. OBERTO
　　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE