1   PHILLIP A. TALBERT
    United States Attorney
2   JUSTIN J. GILIO
    Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4   Telephone: (559) 497-4000
    Facsimile:  (559) 497-4099
5

6   Attorneys for Plaintiff
    United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,            CASE NO.  1:21-CR-00272-DAD-BAM

12                      Plaintiff,       STIPULATION REGARDING EXCLUDABLE
                                         TIME PERIODS UNDER SPEEDY TRIAL ACT;
13              v.                       AND ORDER

14  DAVID JOSEPH YAMA,                   DATE: August 24, 2022
                                         TIME: 1:00 p.m.
15                      Defendant.       COURT: Hon. Barbara A. McAuliffe

16

17                              **BACKGROUND**

18         This case is set for status conference on August 24, 2022.  The parties have entered into a plea

19  agreement and hereby stipulate to set the case for a change of plea on October 3, 2022, at 8:30 a.m.

20  before the Hon. Dale A. Drozd and to exclude time between August 24, 2022, and October 3, 2022,

21  under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].  Counsel for defendant seeks this exclusion of

22  time for purposes of preparing for the change of plea hearing.  Counsel for defendant believes that

23  failure to grant the above-requested continuance would deny him/her the reasonable time necessary for

24  effective preparation, taking into account the exercise of due diligence.  The government does not object

25  to the continuance.

26         For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within

27  which trial must commence, the time period of August 24, 2022 to October 3, 2022, inclusive, is deemed

28  excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a

    STIPULATION REGARDING EXCLUDABLE TIME          1
    PERIODS UNDER SPEEDY TRIAL ACT

continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  August 5, 2022                    PHILLIP A. TALBERT
                                          United States Attorney


                                          /s/ JUSTIN J. GILIO
                                          JUSTIN J. GILIO
                                          Assistant United States Attorney


Dated:  August 5, 2022                    /s/ Anthony Capozzi
                                          Anthony Capozzi
                                          Counsel for Defendant
                                          DAVID JOSEPH YAMA


**ORDER**

IT IS SO ORDERED that the status conference set for August 24, 2022, is vacated. A change of plea hearing is set for **October 3, 2022, at 9:00 a.m. before District Judge Dale A. Drozd**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:    **August 5, 2022**            /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE


STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2