PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:21-CR-00272-ADA-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| DAVID JOSEPH YAMA, | DATE: December 14, 2022 |
| Defendant. | TIME: 1:00 p.m. |
| | COURT: Hon. Barbara A. McAuliffe |

**BACKGROUND**

This case is set for status conference on December 14, 2022.  The parties hereby stipulate to set the case for a trial on August 22, 2023, at 8:30 a.m. and a trial confirmation hearing on August 7, 2023, at 8:30 a.m., both before the Hon. Ana de Alba, and to exclude time between December 14, 2022, and August 22, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].  Counsel for defendant seeks this exclusion of time for purposes of preparing for the trial.  Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The government does not object to the continuance.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 14, 2022 to August 22, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1   a continuance granted by the Court at defendant's request on the basis of the Court's finding that the

2   ends of justice served by taking such action outweigh the best interest of the public and the defendant in

3   a speedy trial.  Specifically, time is excluded for trial preparation, investigation, meeting with potential

4   witnesses, and review of discovery that has been produced as well as any supplemental discovery that

5   will be produced.

6           Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy

7   Trial Act dictate that additional time periods are excludable from the period within which a trial must

8   commence.

9           IT IS SO STIPULATED.

10

11

12   Dated:  December 6, 2022                    PHILLIP A. TALBERT
                                                 United States Attorney

13

14                                              /s/ JUSTIN J. GILIO
                                                JUSTIN J. GILIO
                                                Assistant United States Attorney
15

16

17   Dated:  December 6, 2022                    /s/ Anthony Capozzi
                                                 Anthony Capozzi
18                                               Counsel for Defendant
                                                 DAVID JOSEPH YAMA

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME                2
PERIODS UNDER SPEEDY TRIAL ACT

**ORDER**

     IT IS SO ORDERED that the status conference set for December 14, 2022, is vacated. A jury trial is set for **August 22, 2023, at 8:30 a.m. before District Judge Ana de Alba**. Estimated time of trial is **3 days**. A trial confirmation is set for **August 7, 2023, at 8:30 a.m. before District Judge Ana de Alba**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

    Dated:    **December 6, 2022**           /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3