PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00272-ADA-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| DAVID JOSEPH YAMA, | |
| Defendant. | |

This case is set for a trial confirmation hearing on August 7, 2023, and a trial on August 22, 2023. The parties hereby stipulate to continue the trial confirmation hearing trial to November 27, 2023, at 8:30 a.m., and the trial to December 12, 2023, at 8:30 a.m., both before the Hon. Ana de Alba, and to exclude time between August 22, 2023, and December 12, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4]. Counsel for defendant seeks this exclusion of time for purposes of preparing for the trial. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 22, 2023 to December 12, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  Specifically, time is excluded for trial preparation, investigation, meeting with potential witnesses, and review of discovery that has been produced as well as any supplemental discovery that will be produced.

     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

     IT IS SO STIPULATED.

Dated:  June 7, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated:  June 7, 2023

/s/ Anthony Capozzi
Anthony Capozzi
Counsel for Defendant
DAVID JOSEPH YAMA

IT IS SO ORDERED.

  Dated:   June 8, 2023

_____
UNITED STATES DISTRICT JUDGE