UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID JOSEPH YAMA,<br><br>Defendant. | No. 1:21-cr-00272-ADA-BAM-1<br><br>ORDER DENYING DEFENDANT'S REQUEST TO SEAL<br><br>(ECF No. 36) |

On August 2, 2023, Defendant David Joseph Yama filed a request to seal documents pursuant to Local Rule 141. (ECF No. 36.) Though the request does not identify any particular document, Mr. Yama separately emailed the Court a motion and proposed order for a court-appointed psychiatrist.

Generally, the public and press have a First Amendment right to access court proceedings and documents. *Oregonian Publ'g Co. v. U.S. Dist. Ct. for the Dist. of Or.*, 920 F.2d 1462, 1465 (9th Cir. 1990). This presumption of access "can be overcome only by an overriding right or interest 'based on findings that closure is essential to preserve higher values and is narrowly tailored to serve that interest.'" *Id.* (quoting *Press-Enterprise Co. v. Superior Ct.*, 464 U.S. 501, 510 (1985)). Local Rule 141(b) requires the proponent of a sealing request to "describe generally the documents sought to be sealed" and "set forth the statutory or other authority for sealing." E.D. Cal. R. 141(b).

The Court must deny Mr. Yama's request under the plain language of Rule 141 – the request does not describe the documents he seeks to seal or cite to any legal authority. Moreover, Mr. Yama does not demonstrate any compelling reason why sealing is necessary or why redaction would not eliminate the need to seal the entire document.

Accordingly,

1. The request to seal, (ECF No. 36), is denied;
2. Mr. Yama may proceed by filing a new request to seal that complies with Rule 141 or file his motion for a court-appointed psychiatrist on the public docket.

IT IS SO ORDERED.

Dated:  August 4, 2023

UNITED STATES DISTRICT JUDGE