fANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:    (559) 221-0200
Facsimile:    (559) 221-7997
E-Mail:       Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
DAVID JOSEPH YAMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. ) | CASE NO.: 1:21-CR-00272-ADA-BAM-1 |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | |
| DAVID JOSEPH YAMA, ) | |
| Defendant. ) | |

**TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

The United States of America, by and through Assistant United States Attorney, Justin J. Gilio, and Defendant David Joseph Yama, by and through his Attorney, Anthony P. Capozzi, hereby stipulate pursuant to 18 U.S.C. 4241, Federal Rules of Criminal Procedure 12.2 (c)(1)(A) as follows:

1) A psychiatrist examination shall be conducted by Dr. Howard Terrell, a Board Certified Psychiatrist (**EXHIBIT A,** Dr. Terrell Curriculum Vitae)

2) Dr. Howard Terrell is ordered to file a psychiatric report with the court with copies provided to counsel for the defendant and the attorney for the government. The report shall include the information required by 18 U.S.C. 4247 (c) to wit:

   A. The defendant's history and present symptoms;

B. A description of the psychiatric, psychological, and medical tests that were employed and their results;

C. The examiner's findings; and

D. The examiner's opinion as to diagnosis, prognosis, and whether defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

3) The defendant is ordered to provide all of his medical documentation that is relevant to his examination relating to the defendant's competency and current medical prescriptions.

Dated: September 19, 2023,   By:   */s/ Anthony P. Capozzi*_____
ANTHONY P. CAPOZZI, Attorney for
DAVID J. YAMA

Dated: September 19, 2023,   By:   */s/ Justin J. Gilio*_____
JUSTIN J. GILIO,
Assistant Attorney for the United States

**ORDER**

The psychiatrist examination and report shall be conducted in accordance with parties' stipulation and shall be completed within thirty days of the date of this order. The time between August 9, 2023, and November 27, 2023, inclusive, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(1)(A), for "delay resulting from any proceeding, including any examinations, to determine the mental competency…of the defendant" and 18 U.S.C. § 3161 (h)(1)(D), for delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion.  Good cause exists for the vacatur of the trial confirmation and trial date and a status conference is set for November 27, 2023, at 8:30 am, time is further excluded as the ends of justice outweigh the interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161 (h)(7)(A)."

IT IS SO ORDERED.

Dated:   September 20, 2023    _____
UNITED STATES DISTRICT JUDGE