ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:   (559) 221-0200
Facsimile:   (559) 221-7997
E-Mail:      Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
DAVID JOSEPH YAMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA.<br><br>Plaintiff,<br><br>v.<br><br>DAVID JOSEPH YAMA,<br><br>Defendant. | CASE NO.: 1:21-CR-00272-ADA-BAM-1<br><br>**STIPULATION AND ORDER TO CONTINUE COMPETENCY STATUS CONFERENCE** |

**TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

The United States of America, by and through Assistant United States Attorney, Justin J. Gilio, and Defendant David Joseph Yama, by and through his Attorney, Anthony P. Capozzi, hereby stipulate that the Competency Status Hearing set for November 29, 2023, be continued to January 29, 2024.

The Stipulation is based upon the declaration of Anthony P. Capozzi.

I, Anthony P. Capozzi, declare:

1. This attorney represents David Yama in this case.
2. On September 20, 2023, Judge de Alba signed the attached Order for the defendant, David Yama to be examined by Dr. Howard Terrell.

3. Funding Authorization had been initially denied and has been re-submitted on November 20, 2023.

4. As a result of the lack of funding, Dr. Terrel has not completed the examination of Mr. Yama.

5. The parties stipulate that the continuance of the competency hearing be set for January 29, 2024. The parties further stipulate to exclude time between November 27, 2023, and January 29, 2024, under 18 U.S.C. § 3161(h)(7)(A), B9iv) [Local Code T4]. Counsel for defendant seeks this exclusion of time for purposes of preparing for the trial. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 20, 2023, to January 29, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Specifically, time is excluded for trial preparation, investigation, meeting with potential witnesses, and review of discovery that has been produced as well as any supplemental discovery that will be produced.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 20, 2023,       By:    */s/ Anthony P. Capozzi*
                                       ANTHONY P. CAPOZZI, Attorney for
                                       DAVID J. YAMA

Dated: November 20, 2023,      By:    /s/ Justin J. Gilio
                                                          JUSTIN J. GILIO,
                                              Assistant Attorney for the United States

## ORDER

IT IS SO ORDERED that the Competency Status Hearing set for November 27, 2023, is continued to **January 29, 2024 at 8:30 a.m. in Courtroom 5 before the District Judge.** Time excluded through trial pursuant to 18 U.S.C. § 3161 (h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **November 21, 2023**           /s/ Barbara A. McAuliffe
                                                                   UNITED STATES MAGISTRATE JUDGE