PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00272-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| DAVID JOSEPH YAMA, | DATE: March 4, 2024 |
| Defendant. | TIME: 9:30 a.m. |

This case is set for a status conference on the defendant's competency evaluation on March 4, 2024. The parties hereby stipulate to continue the status conference to April 8, 2024, at 9:30 a.m., and to exclude time between March 4, 2024, and April 8, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv), and 18 U.S.C. § 3161(h)(1)(A).

1. On September 20, 2023, the Court ordered the defendant to undergo a competency examination by D. Howard Terrell. Doc. 43. The Court ordered a status conference on the evaluation for November 27, 2023. *Id.*

2. The status conference on the evaluation was continued by the parties' stipulation and court order so that the defense would have the opportunity to procure funding to hire Dr. Terrell first to January 29, 2024, and then to March 4, 2024. Doc. 45, 49.

3. After the status conference was continued to March 4, 2024, defense counsel informed the government that its attempts to obtain funding to hire Dr. Terrell had been rejected, and that

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

TEST

PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00272-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| DAVID JOSEPH YAMA, | DATE: March 4, 2024 |
| Defendant. | TIME: 9:30 a.m. |

This case is set for a status conference on the defendant's competency evaluation on March 4, 2024. The parties hereby stipulate to continue the status conference to April 8, 2024, at 9:30 a.m., and to exclude time between March 4, 2024, and April 8, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv), and 18 U.S.C. § 3161(h)(1)(A).

1. On September 20, 2023, the Court ordered the defendant to undergo a competency examination by D. Howard Terrell. Doc. 43. The Court ordered a status conference on the evaluation for November 27, 2023. *Id.*

2. The status conference on the evaluation was continued by the parties' stipulation and court order so that the defense would have the opportunity to procure funding to hire Dr. Terrell first to January 29, 2024, and then to March 4, 2024. Doc. 45, 49.

3. After the status conference was continued to March 4, 2024, defense counsel informed the government that its attempts to obtain funding to hire Dr. Terrell had been rejected, and that

the government would need to obtain Department of Justice funding to hire Dr. Terrell. The government then contacted an expert psychologist group, Forensic Psychiatric Associates LP, and inquired about the prospect of hiring an expert psychologist. The parties conferenced with the director of Forensic Psychiatric Associates LP and it was recommended to the parties that an evaluation be done by two experts, Forensic Neuropsychologist, Dr. Jeremy Blank and Dr. Shafi Lodhi, Forensic Psychiatrist and Neuropsychiatrist.

4. The government then procured Department of Justice funding, authored a contract, and hired both experts. Dr. Blank met with defendant Yama the week of February 19, 2024 and conducted an evaluation. Dr. Lodhi is scheduled to evaluate defendant Yama on March 5. On the conclusion of that meeting, the parties expect the evaluators to prepare and expert medical report on Mr. Yama's competency.

5. Additional time is needed to complete the evaluation and the report. Thus, the parties seek this exclusion of time resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant.

6. Counsel for defendant also seeks this exclusion of time to prepare for competency proceedings as well as a potential trial in the case. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 4, 2024 to April 8, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Specifically, time is excluded for trial preparation, investigation, meeting with potential witnesses, and review of discovery that has been produced as well as any supplemental discovery that will be produced. The period of time is also deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(A) because the delay results from a proceeding, including an examination, to determine the mental competency or physical

capacity of the defendant.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 26, 2024                                    PHILLIP A. TALBERT
                                                                                   United States Attorney

                                                                                   /s/ JUSTIN J. GILIO
                                                                                   JUSTIN J. GILIO
                                                                                   Assistant United States Attorney

Dated:  February 26, 2024                                    /s/ Anthony Capozzi
                                                                                   Anthony Capozzi
                                                                                   Counsel for Defendant
                                                                                   DAVID JOSEPH YAMA

## **ORDER**

IT IS SO ORDERED that the Competency Status Conference Hearing is continued from March 4, 2024, to **April 8, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **February 27, 2024**                              /s/ Barbara A. McAuliffe
                                                                                   UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME                                    3
PERIODS UNDER SPEEDY TRIAL ACT