ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:      (559) 221-0200
Facsimile:       (559) 221-7997
E-Mail:           Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
DAVID JOSEPH YAMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| UNITED STATES OF AMERICA. | ) | CASE NO.: 1:21-CR-00272-NODJ-BAM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE OF AUGUST 14, 2024** |
| v. | ) | |
| DAVID JOSEPH YAMA, | ) | |
| Defendant. | ) | |

**TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

The defendant, David J. Yama, by and through his Attorney, Anthony P. Capozzi, and the United States of America, by and through Assistant United States Attorney, Justin J. Gilio, hereby stipulate that the Status Hearing set for August 14, 2024, be continued to August 28, 2024. Said stipulation is based upon the declaration of Anthony P. Capozzi.

I, Anthony P. Capozzi, declare:

1. This attorney had been appointed to represent the defendant, David J. Yama, on November 8, 2021.

2. The delay in this case has been as a result of issues with the defendant's mental status.

3. A plea agreement had been reached between the parties, however the issue with the defendant's mental status resulted in a lengthy delay due to the availability of psychiatrists to evaluate the defendant.

4. On April 29, 2024, a competency hearing was held, and the defendant was found competent.  The jury trial was set for October 29, 2024, and a trial confirmation on September 16, 2024, and time was excluded to October 29, 2024.  (Docket # 62)

5. On July 19, 2024, this court issued a minute order advancing the trial confirmation to August 14, 2024.

6. This attorney was not aware of the changed date until he received a telephone call from Assistant Untied State Attorney, Justin Gilio regarding a status conference of August 14, 2024.

7. This attorney has been involved in the following jury trials:

   United States v. Agricultural Contracting Services, Marcus Asay, Case No. 1:19-cr-0003, from April 25, 2024, to June 18, 2024.

   People v. Joe Gomez, Case No. F21903570, in the Fresno Superior Court, from July 1, 2024, to July 15, 2024.

   People v. Jagtar Singh, Case No. F23903919, in the Fresno Superior Court, from July 23, 2024, still ongoing.

8. This attorney is scheduled for a medical procedure on August 14, 2024, and would not be able to attend the August 14, 2024, hearing.

9. This attorney is not prepared to present an updated status report for August 14, 2024, and would respectfully request that the status conference of August 14, 2024, be continued to August 28, 2024, which would give this attorney enough time to review this case and meet with David J. Yama.

I declare under penalty of perjury the laws of the State of Nevada that foregoing is true and correct. Executed 9th day of August of 2024, in Fresno, California.

| | | |
|---|---|---|
| Dated: August 9, 2024, | By: | /s/ Anthony P. Capozzi_____ |
| | | ANTHONY P. CAPOZZI, Attorney for |
| | | DAVID J. YAMA |

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: August 9, 2024, | By: | /s/ Justin J. Gilio_____ |
| | | JUSTIN J. GILIO, |
| | | Assistant Attorney for the United States |

### ORDER

IT IS SO ORDERED that the status conference is continued from August 14, 2024, to **August 28, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. The parties shall meet and confer and file a joint status report, not later than August 23, 2024, informing the Court of (1) whether the parties anticipate they will be ready to proceed to trial on October 29, 2024 as scheduled; (2) what kind of motions and the number of motions each party anticipates will need to be resolved in advance of trial (e.g., in limine, motion to dismiss, suppression, other motions), (3) a proposed briefing schedule for resolution of the motions in advance of trial, and (4) any other information to aid the Court in keeping the trial date currently scheduled. The Court will not grant further continuances, absent good cause, which will be narrowly construed.

IT IS SO ORDERED.

Dated:   **August 12, 2024**              /s/ Barbara A. McAuliffe        _
                                         UNITED STATES MAGISTRATE JUDGE