PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00272-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| DAVID JOSEPH YAMA, | DATE: August 28, 2024 |
| Defendant. | TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

This case is set for a status conference on August 28, 2024, and a trial on October 29, 2024. Speedy Trial Time has been excluded through the date of the trial. The parties hereby stipulate to vacate the status conference, trial confirmation, and trial and set the case for a change of plea hearing on October 7, 2024. The parties have reached an agreement in principle and the government will be providing an amended plea agreement to the defendant encompassing the new terms. The defendant will need the additional time to review the amended plea agreement and prepare for the change of plea hearing.

IT IS SO STIPULATED.

Dated: August 21, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated: August 21, 2024

/s/ Anthony Capozzi
Anthony Capozzi
Counsel for Defendant
DAVID JOSEPH YAMA

**ORDER**

IT IS SO ORDERED that the jury trial set for October 29, 2024, trial confirmation set for September 16, 2024 and status conference set for August 28, 2024 are vacated. A change of plea hearing is set for **October 7, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge.** Time has already been excluded through October 29, 2024.

IT IS SO ORDERED.

Dated:   **August 22, 2024**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE