PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
KAREN A. ESCOBAR
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>     v.<br><br>DAVID JOSEPH YAMA,<br><br>                              Defendant. | CASE NO. 1:21-CR-00272-NODJ-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: October 7, 2024<br>TIME: 8:30 a.m. |

This case was previously set for a change of plea on October 7, 2024. The Court subsequently continued the matter to October 9, 2024, to accommodate the schedule of the visiting judge. The parties hereby stipulate and agree to exclude time between October 7, 2024, and October 9, 2024, under 18 U.S.C. § 3161(h)(1)(G), for the court to consider the proposed plea agreement to be entered into by the defendant and the attorneys for the government.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated: September 20, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
JUSTIN J. GILIO
Assistant United States
Attorneys

Dated: September 20, 2024

/s/ Anthony P. Capozzi
Anthony P. Capozzi
Counsel for Defendant
DAVID JOSEPH YAMA

## ORDER

Time is excluded between October 7, 2024, and October 9, 2024, under 18 U.S.C. § 3161(h)(1)(G).

IT IS SO ORDERED.

Dated: **September 23, 2024**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2