PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>DAVID JOSEPH YAMA,<br><br>                Defendant. | CASE NO. 1:21-CR-00272-NODJ-BAM<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>DATE: October 9, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. James A. Soto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea on October 9, 2024.

2. By this stipulation, defendant now moves to continue the change of plea hearing until December 17, 2024, and to exclude time between October 9, 2024, and December 17, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

a) Recently, the government produced over 200 pages of additional discovery, including expert witness discovery, to the defense.

b) On August 26, 2024, the government sent an amended plea agreement to defense counsel for review with his client. Defense counsel requires additional time to review discovery, conduct

further investigation, and consider the potential impact of Guidelines Section 4B1.1.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, review of the plea offer and further plea negotiations, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 9, 2024 to December 17, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other

5. provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
]/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

IT IS SO STIPULATED.

Dated: October 1, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
JUSTIN J. GILIO
Assistant United States
Attorneys

Dated: October 1, 2024

/s/ Anthony Capozzi
Anthony Capozzi
Counsel for Defendant
DAVID JOSEPH YAMA

### ORDER

IT IS SO ORDERED that the status conference set for October 9, 2024, is vacated. A change of plea hearing is set for **December 17, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The Court also sets a status conference for **December 11, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. If the parties file the plea agreement in advance of December 11, 2024, the Court will vacate the status conference.

IT IS SO ORDERED.

Dated: **October 1, 2024**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE