1 PHILLIP A. TALBERT
United States Attorney
2 JUSTIN J. GILIO
KAREN A. ESCOBAR
3 Assistant United States Attorneys
2500 Tulare Street, Suite 4401
4 Fresno, CA 93721
Telephone: (559) 497-4000
5 Facsimile: (559) 497-4099

6
Attorneys for Plaintiff
7 United States of America

8

9 IN THE UNITED STATES DISTRICT COURT

10 EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID JOSEPH YAMA,<br><br>Defendant. | CASE NO. 1:21-CR-00272-NODJ-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>DATE: December 17, 2024<br>TIME: 8:30 a.m. |

This case was previously set for a status conference on December 11, 2024, and a change of plea hearing on December 17, 2024. The defendant has rejected the government's plea offer. The parties seek to vacate the status conference and change of plea hearing and set the case for trial on June 10, 2025. The parties also seek to set a trial confirmation hearing on May 12, 2025, at 8:30 a.m. The parties agree that discovery has been produced and the time between now and the trial is needed for defense counsel to prepare for trial, interview witnesses, consult potential expert witnesses, and meet with his client.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 17, 2024 to June 10, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Specifically, time is excluded for trial preparation, investigation, meeting with potential witnesses, and review of discovery that has been produced as well as any supplemental discovery that will be produced.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| Dated: November 27, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | /s/ JUSTIN J. GILIO<br>JUSTIN J. GILIO<br>Assistant United States Attorney |
| Dated: November 27, 2024 | /s/ Anthony P. Capozzi<br>Anthony P. Capozzi<br>Counsel for Defendant<br>DAVID JOSEPH YAMA |

## ORDER

IT IS SO ORDERED that the status conference set for December 11, 2024 and change of plea hearing set for December 17, 2024 are vacated. A jury trial is set for **June 10, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Estimate time of trial is **1 week**. A trial confirmation is set for **May 12, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **December 2, 2024**            /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE