1  ANTHONY P. CAPOZZI, SBN: 068525
   THE LAW OFFICE OF ANTHONY P. CAPOZZI
2  1233 WEST SHAW AVENUE, SUITE 102
   FRESNO, CALIFORNIA 93711
3  Telephone: (559) 221-0200
   Facsimile: (559) 221-7997
4  E-Mail: anthony@capozzilawoffices.com
   www.capozzilawoffices.com
5

6  Attorney for Defendant,
   DAVID JOSEPH YAMA
7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10                          ******

11 | UNITED STATES OF AMERICA,

12 |         Plaintiff,                CASE NO.: 1:21-CR-00272-DAE-BAM

13 |     v.

14 | DAVID JOSEPH YAMA,                **STIPULATION REGARDING MOTIONS
                                       *IN LIMINE* BRIEFING SCHEDULE;
15 |         Defendant.                AND ORDER**

16

17     The parties agree and stipulate to the following motions *in limine* briefing schedule.

18         1. Government motions *in limine* shall be due on or before January 23, 2026.

19         2. Defense responses to government's motions *in limine* and the defendant's

20         motions *in limine* shall be due on or before February 27, 2026.

21         3. Any optional replies to motions *in limine* and government response to the

22         defendant's *in limine* motions shall be due on or before March 13, 2026.

23         4. The hearing on motions *in limine* will be set by the newly assigned trial judge.

24

25     IT IS SO STIPULATED.

26

27

28

DATED:   November 25, 2025                          Respectfully submitted,


By: */s/ Anthony P. Capozzi*
ANTHONY P. CAPOZZI, Attorney for
DAVID JOSEPH YAMA



By: */s/ Karen A. Escobar*
KAREN A. ESCOBAR
CODY CHAPPLE
Assistant United States Attorneys

## **ORDER**

The above briefing schedule is adopted. Any hearing on motions *in limine* will be set by the assigned or newly assigned trial judge.

IT IS SO ORDERED.

Dated:   **November 25, 2025**             /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE