ANTHONY P. CAPOZZI, SBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-Mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant
DAVID JOSEPH YAMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| UNITED STATES OF AMERICA, | CASE NO.: 1:21-CR-00272-DAE-EPG |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE HEARING SET FOR JANUARY 14, 2026 TO JANUARY 28, 2026; AND ORDER** |
| v. | |
| DAVID JOSEPH YAMA, | |
| Defendant. | |

The Plaintiff, United States of America through Assistant United States Attorney Justin Gilio and the Defendant, DAVID JOSEPH YAMA, by and through his attorney, Anthony P. Capozzi hereby stipulate to continue the Status Conference hearing currently set for January 14, 2026 to January 28, 2026 at 1:00 p.m.

IT IS SO STIPULATED.

DATED:  December 17, 2025            By: */s/ Anthony P. Capozzi*          .
                                     ANTHONY P. CAPOZZI, Attorney for
                                     DAVID JOSEPH YAMA

DATED:  December 17, 2025            */s/ Justin J. Gilio*                  .
                                     JUSTIN J. GILIO,
                                     Assistant United States Attorney

**ORDER**

Pursuant to the parties' stipulation IT IS HEREBY ORDERED that the status conference currently set for January 14, 2026, is continued to **January 28, 2026, at 1:00 p.m. before Magistrate Judge Erica P. Grosjean**. Time was previously excluded through May 5, 2026.

IT IS SO ORDERED.

Dated:   **December 18, 2025**           /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE