ERIC GRANT
United States Attorney
JUSTIN J. GILIO
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>         v.<br><br>DAVID JOSEPH YAMA,<br><br>              Defendant. | CASE NO.  1:21-CR-00272-JWH-EPG<br><br>[~~PROPOSED~~] ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that the government's Exhibit 4, attached to the Government's Motion in Limine pertaining to defendant DAVID JOSEPH YAMA, and government's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the government's motion serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the

/ / /

[PROPOSED] ORDER SEALING DOCUMENTS AS SET
FORTH IN GOVERNMENT'S NOTICE

1

government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

Dated:  **Feb 11, 2026**

~~The Honorable John W. Holcomb~~
~~UNITED STATES DISTRICT JUDGE~~
**Erica P. Grosjean, U.S. Magistrate Judge**

[PROPOSED] ORDER SEALING DOCUMENTS AS SET
FORTH IN GOVERNMENT'S NOTICE

2