UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) ) ) | CASE NO.: 1:21-CR-00272-JWH-EPG |
| v. | ) ) | **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S** |
| DAVID JOSEPH YAMA, | ) ) | **MOTION TO EXTEND DATES TO REPLY TO GOVERNMENT'S RESPONSE TO** |
| Defendant. | ) ) | **DEFENSE'S MOTIONS** |
| | ) ) | **(ECF No. 134)** |

The Court has received Defendant David Joseph Yama's request to extend the deadline to reply to the Government's responses to Defendant's motions. (ECF No. 134). Defendant asks for an extension of time from the current deadline of April 21, 2026 to May 26, 2026 due to a trial in another case. Defendant also asks that the hearing for these motions, currently set for May 11, 2026, be continued to any Monday in June, 2026.

The United States has filed an opposition to Defendant's motion, (ECF No. 135), citing repeated continuances of this case and Defendant's recent stipulation to the current schedule.

Upon consideration, the Court will grant Defendant's request in part. Defendant's reply to the government's motions shall be extended to May 1, 2026.

However, no further continuances shall be granted, and the hearing date of May 11, 2026 shall remain as previously set.[1]


IT IS SO ORDERED.


Dated:    **April 17, 2026**                    /s/ *Erica P. Grosjean*
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] District Judge Holcomb has already confirmed travel arrangements for this hearing date.