UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | case No.: 1:21-cr-00272-JWH-EPG |
| Plaintiff, | |
| v. | **ORDER** |
| DAVID JOSEPH YAMA, | |
| Defendant. | |

Pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure, it is hereby **ORDERED** that the defense is authorized to issue subpoenas for the production of documents in this case which should be due to the Court by June 19, 2026.

**IT IS SO ORDERED.**

Dated: _____May 29, 2026_____

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE